UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| AMERICAN PUBLIC MEDIA REPORTS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-0619 |

## JOINT STATUS REPORT

Plaintiff, American Public Media Reports ("APM Reports" or "Plaintiff") and Defendants U.S. Department of Defense (DOD), Department of the Navy (DON), United States Marine Corps (USMC), and Central Command (CENTCOM) (together, "Defendants"), by and through their attorneys, hereby respectfully submit this joint status report pursuant to the Court's June 28, 2021, Minute Order.

1. Plaintiff submitted Freedom of Information Act ("FOIA") requests to each of the various agencies.

2. Plaintiff submitted a five-part FOIA request to the USMC on January 30, 2020. Part 3, the subject of Plaintiff's suit, was transferred to CENTCOM on March 20, 2020 where it was assigned reference number 20-0298. It was attached as Exhibit 2 to the Complaint filed in the above-captioned action (ECF No 1). The Request sought "[a]ny /all records related to the investigation into the Haditha massacre and any related crimes." On April 1, 2020, CENTCOM sent Plaintiff a letter acknowledging receipt of the request and informing Plaintiff that the request was 1,812 in its queue.

3. Plaintiff submitted a FOIA request to the USMC on April 18, 2020. The request sought, in summary, the personnel files of thirty-five individual Marines. APM Reports requested a fee waiver and expedited processing of the request. It was attached as Exhibit 11 to the Complaint filed in the above-captioned action (ECF No 1). On April 28, 2020 the USMC acknowledged receipt of the request, denied expedited processing and fee waivers, and assigned it reference number DON-USMC-2020-006852.

4. Plaintiff submitted a FOIA request to the Navy's Office of the Judge Advocate General (OJAG) on January 29, 2020 broadly seeking the "complete record of any/all prosecutions" including "charging documents, court filings, discovery materials, and transcripts/recordings of court proceedings" for eight named Marines. It was attached as Exhibit 7 to the Complaint filed in the above-captioned action (ECF No 1). Plaintiff submitted a duplicate request to OJAG on December 7, 2020.

5. On May 25, 2021, Defendant filed its Answer to the Complaint. ECF No. 12.

6. On May 27, 2021, the Court issued a Minute Order ordering that the Parties shall confer and file a Joint Status Report on or before June 24, 2021. The Joint Status Report shall set forth the schedule for the completion of its production of documents to Plaintiff.

7. On June 24, 2021, Defendants respectfully reported the following:

    a. With respect to the status of Plaintiff's FOIA request to CENTCOM:

        i. As of June 22, 2021, the request was sixth out of seven in CENTCOM's litigation queue, having been moved from the FOIA queue. CENTCOM had conducted a search and advised that it had located 272 documents totaling 3,378 potentially responsive pages and two potentially responsive videos.

        ii.       CENTCOM is processing the requests in its queue on a first-in-first-out basis and opposes imposition of any processing quotas in this matter at this time, given that Plaintiff's request was sixth in the queue.

    b.       With respect to the status of Plaintiff's request to the USMC:

        i.       On May 25, 2021, Defendant produced, subject to redaction, all records located through its search that were responsive to the FOIA request.  These included 178 pages of records that were released.

    c.       With respect to the status of Plaintiff's requests to the Navy:

        i.       The Navy's Office of the Judge Advocate General provided an acknowledgment letter, reference number (DON-NAVY-2020-012709), and a localized no records response for records of trial for 6 of the eight individuals on April 21, 2021.  OJAG informed Plaintiff that its search revealed records for the other two individuals, Lt. Col. Chessani and Sgt. Wuterich and was processing those records.

        ii.       For those two individuals, OJAG has identified approximately 12,990 pages as responsive for Sgt Wuterich and identified approximately 1,516 pages as responsive for Lt. Col. Chessani.  Currently, redactions are pending review.

        iii.       OJAG intends to produce copies of all non-exempt records responsive to FOIA Request DON-NAVY-2020-012709 to Plaintiff.

        iv.       OJAG received another duplicate request, dated February 21, 2021, to the one subject of the current litigation on March 16, 2021.

        v.       The Navy expected to be able to process 14,506 pages and release the responsive, non-exempt portions to Plaintiff within sixty days of June 24, 2021.

8. On June 24, 2021, Plaintiff stated that it believes that CENTCOM must commit to a processing schedule rather than an indefinite delay. Plaintiff believes that CENTCOM should process 500 pages of potentially responsive records per month.

9. On August 18, 2021, the Parties conducted a meet and confer call to discuss strategies for streamlining Defendants' response to the outstanding FOIA requests.

10. Today, Defendants report the following:

    a. With respect to the status of Plaintiff's FOIA request to CENTCOM:

        i. As of August 24, 2021, the request was ten out of twelve in CENTCOM's litigation queue, having been moved from the FOIA queue. CENTCOM additionally has 7 Touhy requests being handled as litigations, which are being handled as motions to compel and take precedence over Plaintiff's request. Finally, Defendants note that APM Reports has two cases (including this one), on the litigation queue and many requests to CENTCOM. CENTCOM is processing the requests in its queue on a first-in-first-out basis and opposes imposition of any processing quotas in this matter at this time, given that Plaintiff's request is currently tenth in the queue (following the Touhy requests). These records are actively being processed for release despite world events requiring the time and dedicated attention of the CENTCOM staff, for many of whom FOIA is not their primary assigned duty.

        ii. Plaintiff observes that in the two months since the Parties' previous report, Plaintiff's request sank from 6th to 10th in a queue that is now twice as long.

    This instability is the exact reason why Plaintiff maintains a court ordered processing rate is necessary to guarantee this case's progress.

 b. With respect to the status of Plaintiff's requests to the Navy:

   i. Though the Navy expected to be able to process 14,506 pages and release the responsive, non-exempt portions to Plaintiff within sixty days of June 24, 2021, unfortunately, the individual handling the release had an injury and was out of the office for a period of time. The Navy anticipates that Chessani should be ready by the end of next week and Wuterich within the next two weeks.

11. Following the August 18, 2021, call, Defendant agreed to check the following items:

 a. <u>The processing/referral status of the request numbers listed in the civil Complaint in this litigation</u>.

   i. Defendants today report the following: DON-NAVY-2020-012709, the request referred to Code 20, is pending release of the two responsive records of trial located. Code 20 reassigned the remaining matters to MARCENT in April 2021; however, MARCENT already had a similar request for action (DON-USMC-2021-003910). Therefore, it closed the request received from Code 20 as a duplicate of DON-USMC-2021-003910. This request includes the previously requested information on the Article 32s for the personnel who were not convicted at court-martial. MARCENT acknowledged DON-USMC-2021-003910 on March 11, 2021 and provided determinations on Plaintiff's request for expedited processing and fee waiver.

5

    b.  <u>Whether the response record of trial documents would include audio</u>.

        i.  Defendants today report the following:  This information will be included in the written response to the Plaintiffs once the FOIA approved portions of the ROT are released and response letter is sent to the requestor.

    c.  <u>A processing timeline from CENTCOM</u>.

        i.  Defendants today report the following:  CENTCOM is unable to provide a timeline for the reasons discussed above and the additional attention required to contemporaneous world events in Afghanistan; however, the records are being actively reviewed for expeditious release.

12. The Parties respectfully request that they be allowed to submit a joint status report on or before October 25, 2021, updating the Court on the status of this matter.

* * *

Dated:  August 25, 2021
        Washington, DC

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:　/s/_____
SIAN JONES, D.C. Bar No. 1024062
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2578
Sian.Jones@usdoj.gov

*Attorneys for the United States of America*


　/s/_____
Matthew Topic
LOEVY & LOEVY
311 N. Aberdeen Street Third Floor
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
Email: Matt@loevy.Com

*Counsel for Defendant*

7