# Exhibit A



**THE NEW YORKER**
1 WORLD TRADE CENTER, NEW YORK, NY 10007

Fabio Bertoni  
General Counsel

Tel: (212)286.4991  
Fabio_Bertoni@newyorker.com

<u>VIA EMAIL</u>

March 28, 2023

<u>Re: Pending FOIA Requests</u>

To Whom It May Concern:

In conjunction with a transaction involving the podcast *In the Dark* (*see* https://www.newyorker.com/news/news-desk/in-the-dark-the-acclaimed-investigative-podcast-joins-the-new-yorker-and-conde-nast-entertainment), Advance Magazine Publishers, Inc., owner of The New Yorker, has acquired all rights and interests in all FOIA requests filed on behalf of APM Reports by Parker Yesko, Will Craft, Rehman Tungekar, Madeleine Baran, Natalie Jablonski, or Samara Freemark. Advance hereby designates is employee, Parker Yesko, as its point of contact for all of these requests, including requests that were originally made by other people on behalf of APM Reports. Please communicate with Advance about these requests using the following email address: parker_yesko@newyorker.com.

Sincerely,

[signature]