UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| AMERICAN PUBLIC MEDIA REPORTS,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-0619 (ABJ) |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff's Unopposed Motion for Substitution of Parties hereby ORDERS that the Motion is GRANTED. Advance Magazine Publishers, Inc. is substituted in the place and stead of American Public Media Reports as plaintiff in this action. It is further ORDERED that Advance Magazine Publishers, Inc. is deemed to have adopted all American Public Media Reports' filings in this action.

_____

UNITED STATES DISTRICT JUDGE