UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-0619 (ABJ) |

**JOINT STATUS REPORT**

Plaintiff, Advance Magazine Publishers, Inc. ("AMP" or "Plaintiff")[1] and Defendants U.S. Department of Defense ("DOD"), Department of the Navy ("DON"), United States Marine Corps ("USMC"), and Central Command ("CENTCOM") (together, "Defendants"), by and through their attorneys, hereby respectfully submit this joint status report.

1. This action involves Plaintiff's Freedom of Information Act Requests ("FOIA") directed to components of the Department of Defense. The FOIA requests at issue seek information regarding the killings of Iraqis in Haditha, Iraq in November 2005.

2. On December 22, 2023, Defendants moved for summary judgment. ECF No. 38.

3. On February 5, 2024, Plaintiff filed its opposition and cross-moved for summary judgment. ECF Nos. 40 to 42. Plaintiff's Opposition states that "Plaintiff has elected to challenge only (1) photos withheld under FOIA's privacy exemptions, all of which depict the deceased Iraqi victims and no other people, and (2) audio of the voluntary manslaughter trial of Staff Sergeant Frank

---

[1] The Court granted Plaintiff's motion to substitute Advance Magazine Publishers, Inc. in the place of American Public Media Reports (ECF No. 29).

Wuterich, which Defendants claim not to be agency records and no longer to exist." ECF No. 41 at 6. Plaintiff's Opposition attached a declaration from reporter Madeleine Baran stating that she and her colleagues had traveled to Iraq and obtained releases from family members of the deceased Iraqis depicted in the challenged photographs. ECF No. 41-1. The releases are attached to the Baran Declaration. *Id.*

4. Defendants had not previously seen the affidavits attached to the Baran Declaration.

5. After reviewing the affidavits attached to the Baran Declaration, NCIS determined that it would reprocess the photographs previously withheld pursuant to FOIA Exemptions 6/7(C) and, for the photographs of deceased individuals for whom Plaintiff has provided consent affidavits, would release the photographs in full, subject to potential redaction of other exempt content.

6. By Minute Order on March 5, 2024, the Court granted Defendants' consent motion to stay summary judgment briefing (ECF No. 43) and ordered that the Parties should file a status report by May 7, 2024, on the processing of the documents and proposing a schedule for further proceedings.

7. Today, Defendant reports that, on March 22, 2024, Defendants released the reprocessed photos to Plaintiff. Plaintiff is no longer challenging Defendants' response to the FOIA request with respect to these photographs.

8. Today, the Parties report further that Defendants are considering a proposal from Plaintiff regarding the audio from the Wuterich trial. Due to other work obligations of undersigned counsel for the Defendants, Defendants were not able to provide Plaintiff with a response by this joint status report. Defendants expect to be able to provide a response by May 20, 2024, and, thereafter, the Parties will be able to propose a schedule for further proceedings.

9. The Parties respectfully request that briefing on the pending cross motions for summary judgment remain stayed and that the Parties be permitted to file another joint status report in thirty days proposing further proceedings for this matter.

* * *

Dated: May 7, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/     Sian Jones
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578
Fax: (202) 252-2599
Email: Sian.Jones@usdoj.gov

*Attorneys for the United States of America*

/s/ Stephen Stich Match
Matt Topic, D.C. Bar No. IL0037
Merrick J. Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen Street Third Floor
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
Email: foia@loevy.com

*Counsel for Plaintiff*